UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANTHONY C. PITRE (#475323)

VERSUS

ASSISTANT WARDEN FREDERICK BOUTTE, ET AL.

CIVIL ACTION

NO. 10-0768-FJP-CN

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED the that the defendants' Motion for Summary Judgment[1] shall be granted, dismissing the plaintiff's claims asserted herein for failure to exhaust administrative remedies as mandated by 42 U.S.C. § 1997e, and that this action shall be dismissed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, August 22, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 10

Doc#47419